**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Quentin Robert SMALL, Sr., Defendant–Appellant.**

**No. 05–30084.**

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 21, 2009.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robert L. Kelleher, Jr., Billings, MT, for Defendant–Appellant.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Quentin Robert Small, Sr. appeals from the 90–month sentence imposed following his guilty-plea conviction for aggravated sexual abuse, in violation of 18 U.S.C. §§ 1153 and 2241(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Small contends that the district court procedurally erred by placing undue emphasis on the advisory guidelines and failing to adequately explain his sentence in light of the 18 U.S.C. § 3553(a) factors. We conclude that Small has not demonstrated reversible error under the plain error standard. *See United States v. Carty,* 520 F.3d 984, 992, 995 (9th Cir.2008) (en banc); *see also United States v. Dallman,* 533 F.3d 755, 762 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).